UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patrick Nilsen and John Nesse, as Trustees of the Carpenters and Joiners Welfare Fund, and each of their successors,

    Plaintiffs,

v.

Axiom Construction Group, LLC,

    Defendant.

Civ. No. 23-3113 (PAM/DJF)

**MEMORANDUM AND ORDER**

    This matter is before the Court on Plaintiffs' Motion for a default money judgment. (Docket No. 32.)  On February 6, 2024, the Court ordered Defendant Axiom Construction Group, LLC, to submit fringe-benefit-fund report forms to Plaintiffs and to make its required contributions to the funds, including paying liquidated damages, interest, attorney's fees, and costs.  (Docket No. 20.)  The Order further provided that Plaintiffs could move for a default money judgment 14 days after service of the request on Axiom, and that the Court would rule on the motion without a hearing.  (Id.)

    Axiom eventually complied with the Order to submit its required report forms and contributions to the funds, but has not paid interest, liquidated damages, costs, or attorney's fees.  Plaintiffs now seek the entry of a judgment for $2,979.23 in liquidated damages, $4,315.24 in attorneys' fees and costs, and $2,662.21 in interest, for a total of $9,956.68. Plaintiffs have supported the request with declarations identifying the amounts due. (Docket Nos. 33, 34.)

Plaintiffs served the instant Motion on Axiom on March 19, 2024. (Docket No. 36) Plaintiffs' Motion is therefore ripe under the terms of the previous Order.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiffs' Motion for Entry of Judgment (Docket No. 32) is **GRANTED**;

2. Defendant Axiom Construction Group LLC is **ORDERED** to pay Plaintiffs $9,956.68 in liquidated damages, interest, attorney's fees, and costs, as required under the terms of the parties' agreements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   April 5, 2024                              *s/Paul A. Magnuson*
                                                    Paul A. Magnuson
                                                    United States District Court Judge